ELIZABETH CAVALLARO et al., Individually and as Parents and Natural Guardians of OLIVIA CAVALLARO, an Infant, Appellants, v A. SOMASKANDA, M.D., et al., Defendants, and MYERS COMMUNITY HOSPITAL, Respondent. (Appeal No. 3.) [724 NYS2d 666] —Judgment unanimously affirmed without costs. Same Memorandum as *Cavallaro v Somaskanda* ([appeal No. 2] 280 AD2d 1002 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Affronti, J.—Negligence.) Present—Wisner, J. P., Hurlbutt, Scudder, Kehoe and Burns, JJ.